SAMUEL J. RONSHEIM, Appellant, v. KNICKERBOCKER ICE COMPANY

---

*See Code Civ. Proc. § 1836a, as added by Laws of 1911, chap. 631.— [REP.

and Another, Respondents.— Judgment affirmed, with costs, on the authority of *Geraty* v. *National Ice Company* (16 App. Div. 174; affd., 160 N. Y. 658). Present — Clarke, P. J., Laughlin, Scott, Dowling and Smith, JJ.